UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-949-GHK (Ex) | Date | June 20, 2011 |
|---|---|---|---|
| Title | *David H. Reynolds, et al. v. CitiMortgage Inc., et al.* | | |

**Presiding: The Honorable** — **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: None

Attorneys Present for Defendants: None

**Proceedings:** **(In Chambers) Order** Dismissing Case

On May 17, 2011, we directed Plaintiffs David H. Reynolds and Sandy J. Reynolds (collectively, "Plaintiffs") to effect service upon Defendants CitiMortgage Inc., ABN Amro Mortgage Group Inc., and CR Title Services Inc. (collectively, "Defendants") by June 15, 2011. We directed Plaintiffs that if they had "not completed service on Defendants, and filed a proof of service for each of them, by June 15, 2011, then by June 15, 2011, Plaintiffs must instead show cause in writing why the unserved Defendants should not be dismissed for failure to serve according to Federal Rule of Civil Procedure 4(m) and/or failure to diligently prosecute this action." (Dkt. No. 6, at 2). A review of the docket reflects that Plaintiffs have not filed a proof of service as to any Defendant, nor have they shown cause as required by our May 17, 2011 Order. In our Order, we cautioned Plaintiffs that failure to serve Defendants or show cause as required therein would be deemed Plaintiffs' consent to the dismissal of any such Defendant for failure to serve and/or failure to prosecute, and in that event, we would dismiss any such Defendant without prejudice. Accordingly, all Defendants are **DISMISSED** for failure to serve and failure to prosecute.

**IT IS SO ORDERED.**

-- : --

Initials of Deputy Clerk  Bea