JS - 6
**FILED: 6/20/11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David H. Reynolds, et al.** ) | **CASE NO. CV 11-949-GHK (Ex)** |
| Plaintiffs, ) | |
| v. ) | **JUDGMENT** |
| **CitiMortgage Inc., et al.,** ) | |
| Defendants. ) | |

Based on our June 20, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiffs David H. Reynolds and Sandy J. Reynolds against Defendants CitiMortgage Inc., ABN AMRO Mortgage Group Inc., and CR Title Services Inc. are **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: June 20, 2011

_____
GEORGE H. KING
United States District Judge